IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 09-161 |
| | ) | |
| BRANDON CARTER | ) | |

MOTION FOR ORDER OF CRIMINAL FORFEITURE
AGAINST BRANDON CARTER

AND NOW comes the United States of America by and through its counsel, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Lee J. Karl, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully represents as follows:

1. On April 3, 2012, the defendant, Brandon Carter ("Carter") entered a guilty plea to Count One of the Indictment at Criminal No. 9-161.  Carter also agreed to forfeit his rights to: an HP Computer, serial no. CN239B7224; a Gateway Computer, serial no. XGM7A21000788; an Epson Printer Scanner, serial no. C68920002L587912100; an E-Machine Monitor, serial no. E15T4W; an AOC Monitor, serial no. 92968CA012723; a Western Digital hard Drive, serial no. WCAM9M749827; a Dell Keyboard, serial no. CNOW7658371725AR0IMF; and a Gateway Keyboard, serial no. 07H22604232D (the "Subject Property"), pursuant to 18 U.S.C. § 2253(a)(3).

2. The forfeiture of Carter's interest in the Subject Property should also be made part of his criminal judgment and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. Upon the issuance of the Order of forfeiture against Carter, the United States will provide written notice to all third parties, if any, known to the United States who may have an interest in the Subject Property.  The Court will thereafter adjudicate any third party interests.

WHEREFORE, the United States respectfully requests that this Honorable Court enter an Order of Criminal Forfeiture forfeiting to the United States all right, title and interest of Carter in the Subject Property.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

s/ Lee J. Karl
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412)894-7488
PA ID No. 87856

## CERTIFICATE OF SERVICE

I hereby certify that the United States' Motion for Order of Criminal Forfeiture Against Brandon Carter has been served through the electronic filing system this 3rd day of May, 2012 upon the following:

        Marketa Sims, Esquire
        marketa_sims@fd.org

        s/ Lee J. Karl
        Assistant U.S. Attorney
        700 Grant Street, Suite 4000
        Pittsburgh, PA  15219
        (412)894-7488
        PA ID No.  87856