UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3430
_____

UNITED STATES OF AMERICA

v.

BRANDON CARTER,
              Appellant
_____

On Appeal from the District Court
for the Western District of Pennsylvania
D.C. Criminal No. 2-09-cr-00161-001
(Honorable Joy Flowers Conti)
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 10, 2013

Before: SCIRICA, HARDIMAN, VAN ANTWERPEN, *Circuit Judges*

_____

**JUDGMENT**
_____

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was argued by counsel pursuant to Third Circuit LAR 34.1(a) on June 10, 2013. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 13, 2012, be, and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron,
Clerk

DATED: July 16, 2013