PROB 12C
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
for the
## Western District of Pennsylvania

### PETITION FOR WARRANT OR SHOW CAUSE HEARING FOR OFFENDER UNDER SUPERVISION

Name of Offender:   Brandon Carter                        Case Number: 0315 2:09CR00161-001

Name of Sentencing Judicial Officer:       The Honorable Joy Flowers Conti

Date of Original Sentence:      August 10, 2012

Original Offense:   Possession of Material Depicting the Sexual Exploitation of a Minor

Original Sentence:  36 Months' Incarceration; Followed by 10 Years' Supervised Release

Special Conditions: Shall not possess a controlled substance; Shall not possess a firearm; Sex offender treatment; No contact with minors; Shall not possess materials depicting the sexual abuse of children; Shall not possess materials depicting "child pornography;" Shall abide by the restrictions of the Computer Restriction and Monitoring Program; Computer monitoring; DNA collection; Comply with SORNA; and Search condition.

Type of Supervision:    TSR             Date Supervision Commenced:    6/20/2014

Assistant U.S. Attorney:    Shaun Sweeney       Defense Attorney:    Thomas Livingston

---

### PETITIONING THE COURT

☒ To Issue a Warrant                    ☐ To Issue a Summons
☐ To Schedule a Show Cause Hearing       ☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

**Shall report as directed by the probation officer and submit a truthful and complete written report**
**Shall follow the instructions of the probation officer**

The defendant failed to report to weekly job club on January 13, 2016, and January 20, 2016, as directed by probation. Additionally, the defendant failed to attend a scheduled meeting with his probation officer on December 28, 2015.

**Shall work at a lawful occupation**
**Shall notify the probation officer 10 days prior to any change in residence or employment**
**Shall notify third parties of risks**
**Shall not associate with minors**
**Shall comply with SORNA**
**Shall not commit a federal, state, or local crime**

CARTER, Brandon
Docket No. 09-161
Page 2

On February 3, 2016, the defendant was arrested by the Crescent Township Police and was charged with two counts of Failure to Comply with Registration Requirements. It is alleged that the defendant has been operating a filming business that he has not reported to Megan's Law or his probation officer. The business films youth sporting events and anti-bullying rallies, causing the defendant frequent association with minors. Additionally, during the course of the investigation, it was determined that the defendant used an alias to gain admission into an area elementary school to conduct filming.

**Shall submit to computer monitoring**
**Shall abide by the Computer Restriction and Monitoring Program**

The defendant informed the probation officer that his approved computer had been stolen in December 2015. The probation officer has attempted to verify without success. Additionally, it was observed that the defendant has had computer access since informing the probation officer that his approved computer was stolen. Additionally, when the defendant was arrested on February 3, 2016, two computers, two cell phones, and a watch used to take pictures were seized by the officers.

**Shall permit the probation officer to visit him at any time at home or elsewhere**

The defendant failed to provide the probation office with an address where he is residing. Therefore, successful home visits have not been able to be completed.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted

By: _____
Alexis L. Zellefrow
United States Probation Officer

Approved By: _____
Romona Clark
Supervising U.S. Probation Officer

Date: 2/3/2016

CARTER, BRANDON
DOCKET NO. 09-161
PAGE 3

## THE COURT ORDERS:

☐ No Action

☐ The Issuance of a Warrant and:
    ☐ No Bond is set
    ☐ Bond is set at _____
    ☐ Bond is at the discretion of the Magistrate Judge

☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised release) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised release) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other

_____
SIGNATURE OF JUDICIAL OFFICER

_____
DATE