# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF PENNSYLVANIA

## Supplemental Petition for Show Cause Hearing for Offender Under Supervision

| | | |
|---|---|---|
| Offender: | Brandon Carter | Docket No.2:09CR00161 |
| Sentencing Judge: | Joy Flowers Conti, Chief United States District Judge | |
| Date of Original Sentence: | August 10, 2012 | |
| Original Offense: | Possession of Material Depicting the Sexual Exploitation of a Minor | |
| Original Sentence: | 36 months of imprisonment; 120 months of supervised release | |
| Special conditions: | Special Assessment, DNA testing, Sex Offender Treatment, Mental Health Treatment, Polygraph Examination, No Contact with Minors, Sex Offender Registration, No Possession of Child Pornographic Materials, Computer Search, Computer/Internet Restrictions, Search/Seizure, Forfeiture, Substance Abuse Testing, Location Monitoring Program | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: June 20, 2014 |

### PETITIONING THE COURT

☐ To Issue a Warrant                     ☐ To Issue a Summons
☒ To Incorporate with pending Show Cause Hearing          ☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

**Shall comply with SORNA**
**Shall not commit a federal, state, or local crime**

The defendant was charged by Pittsburgh City Police with Failure to Comply with Registration of Sexual Offender on August 1, 2016 (OTN: G 750699-5). The defendant failed to update Pennsylvania's Megan's Law upon his release from incarceration on July 7, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Alexis  Zellefrow
U.S. Probation Officer

Approved By: _____
Romona Clark
Assistant Deputy Chief U.S. Probation Officer
Date: _____
8/4/2016

**THE COURT ORDERS:**

☐ No Action

☐ The Issuance of a Warrant and:

  ☐ No Bond is set

  ☐ Bond is set at _____

  ☐ Bond is at the discretion of the Magistrate Judge

☐ That the (probationer/supervised release) appear at the United States Courthouse, at _____, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

☐ That a Summons be issued and the (probationer/supervised release) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked. The (probationer/supervised release) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other

_____
Joy Flowers Conti, Chief United States District Judge

_____
Date