IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 09-161 |
| | ) | |
| BRANDON CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

AND NOW this 5th day of November, 2020, after a videoconference and the admission of violations of the conditions of supervision by Defendant Brandon Carter, it is hereby ORDERED that his conditions of supervised release are modified to add the following condition:

The defendant shall be placed on home detention, with electronic monitoring, for a period of 120 days, to commence as soon as arrangements can be made by the Probation Office. The defendant shall abide by all technology requirements. The location monitoring technology requirement, i.e., Radio Frequency (RF), Global Positioning System (GPS), or Voice Recognition, is at the discretion of the probation officer. During the period of home detention, the defendant is restricted to his residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances or other activities specifically pre-approved by the probation officer. During this time, the defendant shall comply with the rules of the location monitoring program and may be required to maintain a landline telephone, without special features, at the defendant's place of residence. The defendant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and probation officer based upon his ability to pay, but not to exceed the daily contractual rate.

All other conditions of supervision remain in full force and effect.

By the court:

 /s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge